IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| XYBEC SOLUTIONS, INC., a British Columbia corporation, | ) ) Cause No. CV-05-5726RBL ) |
| Plaintiff, | ) ORDER OF DEFAULT ) |
| v. | ) ) |
| MOBILE WORKFORCE, INC., a Washington corporation; MOBILE WORK-FORCE, INC., a Delaware corporation and DAVID WEIR, a Washington resident, | ) ) ) ) ) |
| Defendants. | ) **NOTE FOR MOTION DATE: 1/19/06** ) **NOTED FOR HEARING:** ) **Thursday, January 19, 2006** |

THIS MATTER is regularly before the Clerk of this Court on Plaintiff's Motion. The Clerk finds that each defendant was served with the Summons and Complaint on December 6, 2005, that more than 20 have elapsed since date of service, and that each defendant is accordingly in default. An Order of Default is thus entered against each defendant herein.

DATED this 31st day of January, 2006.

BRUCE RIFKIN, Clerk
By:  <u>JEAN BORING</u>
Deputy Clerk
United States District Court
Western District of Washington

Presented by:
SULLIVAN & THORESON
by:_____Kevin P. Sullivan_____
        Kevin P. Sullivan
Attorneys for Plaintiff
WSBA #11987

ORDER OF DEFAULT- 1
KPS.1