HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| XYBEC SOLUTIONS, INC., a British Columbia corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOBILE WORKFORCE, INC., a Washington corporation; MOBILE WORK-FORCE, INC., a Delaware corporation and DAVID WEIR, a Washington resident, <br><br> Defendants | Case No. CV-05-5726RBL <br><br> ORDER DENYING DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENT |

This matter is before the court on Defendants' Motion to Vacate the Default Judgment entered by this court on March 15, 2006. [*See* Judgment at Dkt. #12] Defendants argue that defendant David Weir, president of the Mobile workforce defendants, did not realize the necessity of responding to the lawsuit and that his failure amounts to excusable neglect under Fed. R. Civ. P. 60. Defendants also claim to have a defense on the merits to the Plaintiffs' claims.

Plaintiff argues that Defendants are experienced litigators and that they have not shown that their failure to respond was excusable, the result of a mistake, or inadvertent. They also claim that they will be prejudiced if the judgment is vacated now, as evidence has been lost and more importantly because other creditors have filed claims. Plaintiff argues that it will lose priority if the judgment is vacated.

1  The court agrees that the Defendants have not made the requisite showing under Fed. R. Civ. P. 60.
2  Plaintiffs actively sought to pursue their claims, and for what appears to be a tactical mistake, Defendants
3  ignored the lawsuit and subsequent discovery attempts.  The defendants failure to respond is culpable, and the
4  Plaintiff would be prejudiced if the judgment were set aside. *See Franchise Holding II  LLC v. Huntington*
5  *Restaurants Group, Inc.*, 375 F.3d 922, 926 (9th Cir. 2004).
6  The Defendants have not met their burden under Rule 60 and their Motion to Vacate the Judgment
7  [Dkt. #15]  is DENIED.
8  DATED this 21st day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE